UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Tyrone and Carolyn Dowd,

    Debtors.

Case No. 09-20191
Honorable Judge Cox
Chapter 13

### RESPONSE TO NOTICE OF FINAL CURE PAYMENT

NOW COMES Bank of America, N.A. ("Creditor"), by and through its attorneys, Kropik, Papuga and Shaw, and hereby responds in opposition to that certain Notice of Final Cure Payment ("Cure Notice") dated January 4, 212 and filed as Docket No. 39, as contemplated by Fed. R. Bankr. Proc. 3002 and in support thereof states as follows:

1. That the Creditor agrees that Debtors have paid in full the amount required to cure the pre-petition default on the Creditor's claim.

2. That the Creditor disagrees that Debtors are current with respect to all payments consistent with §1322(b)(5), and states that the total amount due to cure post-petition arrears is $26,551.80.

3. That the Debtors' monthly payment is $1,770.12, and the Debtors are delinquent in payments from November 1, 2010 through January 1, 2012. Attached as ("Exhibit A") is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.

WHEREFORE, the loan shall not be treated as reinstated and is not deemed current until all delinquencies including but not limited to those included herein are paid in full.

                                                            */s/ Jennifer M. Rinn*
                                                            Jennifer M. Rinn

Kropik, Papuga and Shaw
120 N LaSalle, Ste 1500
Chicago, IL 60603
312-236-6405