### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

Tyrone and Carolyn Dowd,

Debtors.

Case No. 09-20191
Honorable Judge Cox
Chapter 13

### NOTICE OF FILING

Please take notice that on February 16, 2012, a Response to Trustee's Notice of Final Cure Mortgage Payment was filed with the United States Bankruptcy court for the Northern District of Illinois on behalf of Bank of America, N.A..

/s/ Jennifer M. Rinn

### CERTIFICATE OF SERVICE

To:
Brian R. Zeft, Robert J. Semrad & Associates, 20 S. Clark, 28th Floor, Chicago, IL 60603 via electronic notification;

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 via electronic notification; and

Tyrone and Carolyn Dowd, 1255 E. 168th Place, South Holland, IL 60473 via US Mail.

I, the undersigned attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Electronic Court Notification or by depositing the same in the U.S. Mail chute at 120 S. LaSalle, Chicago, IL before the hour of 5:00 pm on February 16, 2012.

/s/ Jennifer M. Rinn

Kropik, Papuga and Shaw
120 S. LaSalle, Ste 1500
Chicago, IL 60603
312-236-6405